UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

   -v-                                           No. 22CR481-LTS

MIGUEL ANGEL SANCHEZ HERNANDEZ,

            Defendant(s).
-------------------------------------------------------------X

**ORDER**

The sentencing scheduled for January 10, 2023, is rescheduled to **March 9, 2023 at 11:00 a.m.** in Courtroom 17C.

Dated: New York, New York
December 13, 2022

                                                                       /s/ Laura Taylor Swain
                                                                         LAURA TAYLOR SWAIN
                                                                         United States District Judge