UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES

   -v-                                                   No.   22 CR 481-LTS

MIGUEL ANGEL SANCHEZ
HERNANDEZ,

        Defendant.

-------------------------------------------------------x

## ORDER

The sentencing in this case is scheduled to proceed on **June 27, 2023, at 2:30 pm** in Courtroom 17C. The parties' attention is directed to the attached information regarding courthouse entry, and to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at

https://www.nysd.uscourts.gov/covid-19-coronavirus.

The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

       SO ORDERED.

Dated: New York, New York
       June 26, 2023

                                                                   /s/ Laura Taylor Swain
                                                                 LAURA TAYLOR SWAIN
                                                                 Chief United States District Judge